UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CHRISTIAN LANDRY FOGANG KEUMEDJIO** | **CIVIL ACTION NO. 21-0507** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **ALEJANDRO MAYORKAS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### ORDER

Petitioner Christian Landry Fogang Keumedjio, a detainee at Jackson Parish Transitional Work Program proceeding pro se, filed this proceeding on approximately February 22, 2021, under 28 U.S.C. § 2241. On March 3, 2021, the Court ordered Petitioner to, within thirty days, provide a signed original petition. [doc. # 5]. That deadline passed, and Petitioner has failed to comply with the Court's Order.

Accordingly, **IT IS ORDERED** that Petitioner's Petition, [doc. # 1], and motions, [doc. #s 2, 3], are **STRICKEN** from the record.

In Chambers, Monroe, Louisiana, this 5th day of May, 2021.

_____
Kayla Dye McClusky
United States Magistrate Judge